# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0721.  CATERRO v. THE STATE.**

Appellant has failed to file a brief and enumeration of errors by December 30, 2019, as ordered by the Court. As Appellant has abandoned the appeal, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/09/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*